UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABDUL AL-HAKEEM AFIZ, a/k/a Miron Taylor, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:14CV1268 AGF ) |
| NORMAN GRAHAM, | ) ) |
| Defendant, | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the submission of plaintiff=s complaint. Plaintiff has neither paid the filing fee nor submitted a motion to proceed in forma pauperis.

Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief can be granted.[1] Under 28 U.S.C. ' 1915(g), therefore, the Court may not permit plaintiff to proceed in forma pauperis unless he Ais under imminent danger of serious physical injury.@ After reviewing the complaint, the Court finds no allegations showing that plaintiff is in imminent danger of serious physical injury. As a result, plaintiff must pay the filing fee.

Additionally, the complaint is not signed. Plaintiff must submit a signed complaint within thirty days or the complaint will be stricken from the record. Fed. R. Civ. P. 11.

---

[1] See Afiz v. Petri, 2:09CV4005 NKL (W.D. Mo.) (listing cases dismissed under 28 U.S.C. § 1915(e)); Afiz v. City of St. Louis, 4:97-CV-53 FRB (E.D.Mo); Afiz v. v. Federal Bureau of Prisons - USP-Leavenwoth, 4:97CV1661 DDN (E.D. Mo.); Afiz v. Federal Bureau of Prisons Washington D.C., 4:97CV1681 CEJ (E.D. Mo.).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall pay the $350 filing fee within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that plaintiff must submit a signed complaint within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, this action will be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

Dated this 25th day of July, 2014.

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE